# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 18, 2007**

Charles R. Fulbruge III
Clerk

No. 06-51296

MARC V, by next friend Dr Eugene V

Plaintiff - Appellant

MU-HSIAN V

Intervenor Plaintiff - Appellant

v.

NORTH EAST INDEPENDENT SCHOOL DISTRICT

Defendant-Appellee

Appeal from the United States District Court
for the Western District of Texas, San Antonio
USDC No. 5:05-CV-619

Before REAVLEY, BARKSDALE and PRADO, Circuit Judges.

PER CURIAM:[*]

Judge Rodriguez carefully considered the claims made by the plaintiffs and essentially for the reasons he gave in his opinion and order, the judgment is affirmed.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.